AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

CAROLYN L. TUCKER,
      Plaintiff

v.                    CASE NUMBER: 1:CV-00-1738

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,
      Defendant

**FILED**
HARRISBURG

MAR 2 9 2002

MARY E. D'ANDREA, CLERK
Per _____
    DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of defendant Provident Life and Accident Insurance Company and against plaintiff Carolyn L. Tucker.

Date: March 29, 2002            Mary E. D'Andrea, Clerk of Court

(By) Jennifer Kennedy, Deputy Clerk